

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Deborah L. Mbabazi
*Special Assistant Corporation Counsel*
(212) 356-2404
(212) 788-9776 (fax)
dmbabazi@law.nyc.gov

October 4, 2013

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Anthony Griffin v. City of New York, et al.</u>, 11 CV 3134 (KAM)(RML)

Your Honor:

As counsel for defendant in the above-referenced action, I write to inform the Court that the parties have reached a settlement. In connection therewith, I enclose a fully-executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL to be so ordered by Your Honor. We respectfully request that Your Honor endorse the enclosed STIPULATION.

We thank the Court for its time and attention to this request.

Respectfully submitted,

/s/
Deborah L. Mbabazi
Special Assistant Corporation Counsel
Special Federal Litigation Division

Encl.

cc: Honorable Robert M. Levy (Via ECF)

cc: James F. Ross, Esq. (Via ECF)
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTHONY GRIFFIN,

                                           Plaintiff,

-against-

THE CITY OF NEW YORK, NYC POLICE
OFFICER LAHMAR U. SANDERS, NYC POLICE
OFFICER CHRISTOPHER MASTOROS AND NYC
POLICE OFFICER SGT ERIC CAMPBELL,

                                         Defendants.

------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

11 CV3134 (KAM) (RML)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

James F. Ross, Esq.
*Attorney for Plaintiff*
Ross & Hill
16 Court Street, 35th floor
Brooklyn, NY 11241

_____
James F. Ross, Esq.
*Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, Lahmar U. Sanders, Christopher Mastoros and Eric Campbell*
100 Church Street
New York, New York 10007

_____
Deborah L. Mbabazi
*Special Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
_____, 2013

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

2